## Commonwealth *v.* Fanning, Appellant.

Before HOBAN, P. J., ROBINSON and CONABOY, JJ.

Submitted March 17, 1969. *Frank J. McDonnell,* Assistant Public Defender, for appellant; *Ralph P. Needle,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.
Order affirmed.

## Commonwealth *v.* Floyd, Appellant.

Before McDEVITT, III, P. J., without a jury.

Argued March 21, 1969. *Ronald Ervais,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Nicholas J. Nastasi,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.